IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| ROLANDO BRANA AQUINO, II ) | CASE NO.: 16-04456 |
| SSN: XXX-XX-7179 ) | JUDGE: MASHBURN |
| 320 JENNY MURFF DRIVE ) | |
| ANTIOCH, TN 37013 ) | |
|     Debtor ) | |

## ORDER GRANTING SUSPENSION OF CHAPTER 13 PLAN PAYMENTS

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Suspend Chapter 13 Plan Payments, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1. It appearing that no objection had been filed in writing within 21 days of the filing of the proposed action, the motion is well taken and shall be GRANTED as follows:

1. Chapter 13 plan payments shall be suspended, *nunc pro tunc,* for the months of August and September, 2016. The payments received during the months of August and September, 2016, in the amount of $1,438.24 shall be applied to the plan and the remaining amounts shall be suspended in order for the Debtor to bring the plan current.

2. The effect of the suspension caused Wells Fargo Bank to miss its disbursement for August and September, 2016 and Insolve Auto Funding to miss the August, 2016 disbursement from the Chapter 13 Trustee. The funds received during the months of August and September, 2016, shall be allocated for child support once a claim is filed.

3. The Debtor's plan payments shall increase from $1,054.50 bi-weekly to $1,077.00 bi-weekly beginning October, 2016.

4. The plan base shall remain $137,050.00, increased by tax refunds, over a plan life of approximately sixty (60) months from confirmation.

5. The dividend to allowed unsecured creditors shall remain zero percent (0%) and the unsecured pool would remain non-applicable. No other terms of confirmation would be affected by this suspension.

6. The case shall continue on a probationary basis, and may be dismissed upon application of the Trustee in the event of a future plan payment default.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FRONT PAGE

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
Attorney for Debtor
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com