# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Rolando Brana Aquino, II**  
Debtor(s)

Case No. **3:16-bk-04456**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:      xxx-xx-7179

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Rolando Brana Aquino, II**

Street: **320 Jenny Murff Drive**

City, State and Zip: **Antioch, TN 37013**

Telephone #:

**Please be advised that effective**    **January 20th** , 20 **17** ,
**my (our) new mailing address and telephone number is:**

Name: **Rolando Brana Aquino, II**

Street: **247 Sky Harbor Dr.**

City, State and Zip: **Murfreesboro, TN  37129-8358**

Telephone #:

 

/s/ Rolando Brana Aquino, II  
**Rolando Brana Aquino, II**  
Debtor